UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STRAUSBAUGH,<br><br>                Plaintiff<br><br>vs.<br><br>GREENTREE SERVICING, LLC, et al.,<br><br>                Defendant(s) | CIVIL NO. 15-CV-01433 |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, KML Law Group, P.C., David Fein and Jill P. Jenkins, in the above-captioned matter. Also, kindly add the undersigned to the electronic email notification list for this matter.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6309
TPuleo@kmllawgroup.com