AO 399 (01/09) Waiver of the Service of Summons

**FILED**
**HARRISBURG, PA**
**OCT 30 2017**

# UNITED STATES DISTRICT COURT
for the
Middle District of PA

Michael Strausbaugh
*Plaintiff*

v.

Greentree Servicing LLC etal
*Defendant*

Civil Action No. 1:15-CV-01433

## WAIVER OF THE SERVICE OF SUMMONS

To: KML Law Group P.C.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 10/2/17, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/19/17

KML Law Group P.C.
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

THOMAS I. PULEO
*Printed name*

701 MARKET ST. STE. 5000
PHILA, PA 19106
tpuleo@KMLlawgroup.com
*E-mail address*

(215) 825-6309
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of PA

Michael Strausbaugh
_Plaintiff_
v.
Greentree Servicing LLC et al
_Defendant_

Civil Action No. 1:15-CV-01433

## WAIVER OF THE SERVICE OF SUMMONS

To: Jill P. Jenkins PA ID# 306588
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 10/2/17, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/19/17

Jill P. Jenkins
_Printed name of party waiving service of summons_

_Signature of the attorney or unrepresented party_

Jill Jenkins
_Printed name_

701 Market St., Suite 5000, Phila, PA 106
_Address_

jjenkins@KMLawGroup.com
_E-mail address_

215 627 1322
_Telephone number_

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does _not_ include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of PA

Michael Strausbaugh
*Plaintiff*
v.
Greentree Servicing LLC et al
*Defendant*

Civil Action No. 1:15-CV-01433

## WAIVER OF THE SERVICE OF SUMMONS

To: David Fein Pa ID # 82628
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 10/2/17, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/19/17

David Fein
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

David Fein
*Printed name*

KML Law Group, P.C.
701 Market St., Suite 5000
Philadelphia, PA 19106
*Address*

dfein@kmllawgroup.com
*E-mail address*

(215) 627-1322
*Telephone number*

---

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.



Michael Strausbaugh
Reg No 69878-067
United States Penitentiary Tucson
Post Office Box 24550
Tucson Arizona 85734

HARRI....

OCT 3 0 2017

Date: October 26, 2017
Re: Michael Strausbaugh v. Greentree Servicing LLC, et al.   Case No 1:15-CV-01433

Dear Clerk,

I am not sure if the Defendants have filed a copy of the enclosed "Waiver of the Service of Summons" forms. If it is my responsibility to provide copys to the court, then can you please place the enclose three (3) Waiver form on the docket.

Sincerely,

Michael Strausbaugh

Michael Strausbaugh 69878-067
United States Penitentiary, Tucson
P.O. Box 24550
Tucson AZ 85734

Legal Mail

RECEIVED
HARRISBURG, PA
OCT 30 2017

⇔69878-067⇔
Us Distirct Court
Middle District Of PA
228 Walnut
Harrisburg, PA 17108
United States

PHOENIX AZ 852
27 OCT 2017 PM 9 L

USMS X-RAY

17108-258699