1:15cv1433

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

PETITION

I __Alexis G. Cocco_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Reed Smith LLP__

__1717 Arch Street - Suite 3100__

__Philadelphia, PA 19103__

Office Telephone: __215-241-7939__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__United States District Court for the Eastern District of Pennsylvania - 9/13/2007__

__United States Supreme Court of Pennsylvania - 12/13/2005__

__District of New Jersey - 11/22/2005__

__3rd Circuit Court of Appeals - 8/26/2009__

My attorney identification number is: __201741__

FOR COURT USE ONLY

____ GENERAL ADMISSION;

GRANTED BY THE COURT: _____   Date: _____

X SPECIAL ADMISSION;
GRANTED BY THE COURT __[signature]__   Date: __11-1-17__