**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL STRAUSBAUGH,** : | |
|     **Plaintiff,** : | |
| : | |
|     v. : | **CIVIL ACTION NO.: 1:15-CV-01433** |
| : | |
| **GREEN TREE SERVICING,** : | |
| **LLC, et al.** : | |
|     **Defendant,** : | |

### ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter the appearance of Todd A. King on behalf of Defendant Lori Hogue in the above-captioned matter.

                                  **Respectfully submitted,**

                                  **CAMPBELL & WHITE, P.C.**

**Dated: November 2, 2017**        **s/Todd A. King**_____
                                        **Todd A. King**
                                        **Attorney I.D. # 309197**
                                        **112 Baltimore Street, Suite 1**
                                        **Gettysburg, PA 17325**
                                        **tking@campbellandwhite.com**
                                        **Attorney for Defendant Lori Hogue**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of November, 2017, the foregoing Entry of Appearance was served via U.S. Mail, postage prepaid upon the following:

>Michael Strausbaugh
>Reg. No. 69878-067
>United States Penitentiary, Tucson
>P.O. Box 24550
>Tucson, Arizona 85734

>>**s/ Todd A. King**
>>**Todd A. King**