## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STRAUSBAUGH,<br><br>        Plaintiff,<br><br>v.<br><br>GREENTREE SERVICING LLC, et al.,<br><br>        Defendants. | CIVIL ACTION NO. 1:15-CV-01433<br><br>(CONNER, C.J.)<br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW,** this 17th day of November, 2017, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion for leave to file a second amended complaint (Doc. 47) is **GRANTED**. The proposed second amended complaint accompanying Plaintiff's motion is hereby adopted as the operative complaint.

2. The Clerk of Court is directed to re-docket the proposed second amended complaint provided by the Plaintiff (Doc. 47-1; Doc. 47-2; Doc. 47-3; Doc. 47-4) as the second amended complaint in this matter.

3. Defendants are directed to respond to Plaintiff's second amended complaint as provided under Rule 15(a)(3) of the Federal Rules of Civil Procedure.

Dated: November 17, 2017                        *s/ Karoline Mehalchick*
                                                                                          **KAROLINE MEHALCHICK**
                                                                                           **United States Magistrate Judge**