IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL STRAUSBAUGH,<br>*Plaintiff*<br><br>v.<br><br>GREENTREE SERVICING, LLC, et al.,<br>*Defendants* | CIVIL ACTION<br><br>No. 1:15-cv-01433 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion of Defendants, KML Law Group, P.C., Jill P. Jenkins and David Fein, to Dismiss Plaintiff's Second Amended Complaint was sent by first class mail, postage pre-paid, upon the following on the date listed below:

Michael Strausbaugh
No. 69878-067
United States Penitentiary
P.O. Box 24550
Tucson, AZ 85734

Date: 11/27/17

KML Law Group, P.C.

_____
Thomas I. Puleo, Esquire
PA Attorney Identification No. 27615
Attorney for Defendants, KML Law Group, P.C.,
Jill P. Jenkins and David Fein
Mellon Independence Center, Suite 5000
701 Market Street
Philadelphia, PA 19106
(215) 627-1322