FILED
HARRISBURG, PA
NOV 29 2017
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

Michael Strausbaugh,          :

      Plaintiff,          :

v.                            : Case No. 1:15-CV-1433

Greentree Servicing LLC, et al.,:

      Defendants.    :

MOTION TO TEMPORARY STAY THE PROCEEDINGS

Comes now, Michael Strausbaugh, Plaintiff, pro se in the above captioned case and files this Motion to Temporary Stay the Proceedings, In support thereof, Strausbaugh will show cause as follows:

1. On the 21st day of November, 2017, the United States District Court for the Middle District of Pennsylvania issued a writ of habeas corpus ad testificandum for Strausbaugh in case no. 1:11-CR-0096-01. Strausbaugh was instructed by prison officials to pack all his personal property because be was being transferred to an unknown institution. Strausbuagh packed up his personal property and legal files as he can not travel with them.

2. Upon arriving at Strausbaugh's destination, he will immediately notify this Court and the Defendants of his new address. However, he will request the stay continue.

3. Upon Strausbaugh's return to his home institution and receiving of his personal property and legal files, he will immediately notify this Court and the Defendants of his

address and request that the stay be lifted.

4. This Motion is made in the interest of Justice and not meant to delay the proceedings.

Wherefore, based on the above, Strausbaugh requests this Honorable Court to grant this Motion.

Submitted on this the 21st day of November, 2017.

Respectfully,

*[signature]*

Michael Strausbaugh

Reg.No. 69878-067

United States Penitentiary, Tucson

Post Office Box 24550

Tucson, Arizona 85734

CERTIFICATE OF SERVICE

I certify under the penalty of perjury that I have served a true and correct copy of the foregoing on the Court and the following Defendants, by placing it in the prison legal mail system, first class postage prepaid:

Defendant, Greentree Servicing LLC.:

ReedSmith LLP.

Alexis G. Cocco

1717 Arch St.

Philadelphia, Pennsylvania 19103

Defendants, KML Law Group P.C., Jill P. Jenkins, David Fein:

KML Law Group P.C.

Thomas Puleo

710 Market St. Suite 5000

Philadelphia, Pennsylvania 19106

Defendant, Lori Hogue:

Campbell & White P.C.

Todd A. King

112 Baltimore St. Suite 1

Gettysburg, Pennsylvania 17325

On this the 21st day of November, 2017.

Respectfully,



Michael Strausbaugh

Reg.No. 69878-067

United States Penitentiary, Tucson

Post Office Box 24550

Tucson, Arizona 85734

Case 1:15-cv-01423-CCC-KM Document 55 Filed 11/29/17 Page 5 of 5

Michael Strausbaugh
United States Penitentiary Tucson
P.O. Box 24550
Tucson AZ 85734

PHOENIX AZ 852

22 NOV 2017 PM 4 L

Legal Mail

⇔69878-067⇔
Us Distirct Court
Middle District Of PA
228 Walnut
Harrisburg, PA 17108
United States

RECEI
NOV 29 20
PER DM
HARRISBURG, PA.

17108-258699