Case Number: 1:15-cv-01433-CCC-KM Document Number: 48 User: EP Printed: 11/17/2017 10:07:06 AM

Michael Strausbaugh
SPECIAL MAIL - OPEN ONLY IN THE PRESEN[CE]
Tucson-AZ-USP
69878-067
PO Box 24550
Tucson, AZ 85734

**FILED**
**SCRANTON**
DEC - 7 2017
PER _____ DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED
SCRANTON
DEC 07 2017
PER _____
DEPUTY CLERK

☐ INMATE NAME AND REGISTER NUMBER ARE REQUIRED TO PROPERLY IDENTIFY RECIPIENT
☐ UNAUTHORIZED INMATE TO INMATE CORRESPONDENCE. NO APPROVAL ON FILE.
☐ UNAUTHORIZED PACKAGE. ITEMS WEIGHING IN EXCESS OF REQUIRE AUTHORIZATION.
☐ ...NGER AT THIS ADDRESS

NIXIE   850   DE 1           0012/04/17
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 18501114848     *2219-05488-17-41*

neopost 11/17/2017
US POSTAGE $000.46
ZIP 18503
041L11252529

FIRST-CLASS MAIL