Case Number: 1:15-cv-01433-CCC-KM Document Number: 50 User: EP Printed: 11/22/2017 11:26:50 AM

Michael Strausbaugh
SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE
Tucson-AZ-USP
69878-067
PO Box 24550
Tucson, AZ 85734

---

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

RECEIVED SCRANTON
DEC 08 2017
PER _____ DEPUTY CLERK

LEHIGH VALLEY
PA 180
22 NOV '17
PM 4 L

neopost
11/22/2017
US POSTAGE $

RTS

☐ INMATE NAME AND REGISTER NUMBER [illegible] PROPERLY IDENTIFY RECIPIENT
☐ UNAUTHORIZED INMATE TO INMATE CORRESP[illegible] NO APPROVAL ON FILE.
☐ UNAUTHORIZED PACKAGE. ITEMS WEIGHING IN EX[cess] REQUIRE AUTHORIZATION.
☐ [NO] LONGER AT THIS ADDRESS.

NIXIE        850  DE 1         0012/0
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 18501114848        *2319-02822-2[...]

85734-45[illegible]
18501>1148