Michael Strausbaugh
*Michael Strausbaugh* DCP#78850
Dauphin County Prison
501 Mall Rd.
Harrisburg, PA, 17111

U.S. District Court

Court Clerk

228 Walnut St.

Harrisburg, Pennsylvania 17108

FILED
HARRISBURG, PA
DEC - 9 2017
Per ___ DM
Deputy Clerk

Re: Michael Strausbaugh v. Greentree Servicing LLC. et al.

    Case No. 1:15-CV-01433

Dear Clerk,

    This letter is in reference to the above entitled action. I filed a motion to temporary stay the proceedings because I was in transit between institutions. I arrived at my new institution and at this time request that the Court enter onto the record my new address as listed above. However, I will request that the temporary stay continue until I am returned to my home institution and receive my personal property and case files.

Sincerely,

*[signature]*

Michael Strausbaugh

Michael Strausbaugh 78830
Dauphin County Prison
501 Mall Rd
Harrisburg, PA 17111

MACON GA 310

08 DEC 2017 PM 1 L

U.S. District Court
Court Clerk
~~228 Walnut St.~~ PO Box 983
~~Harrisburg~~, PA 17108

RECEIVED
DEC 15 2017
PER DM
HARRISBURG, PA.   DEPUTY