Jan. 10, 2018

RE: Michael Strausbaugh v. Greentree Servicing ET. al.
No. 1:11cr-0096/433

District Courts,

Michael Strausbaugh is being transferred from Harrisburg, PA prison back to Tucson Federal Prison. He is requesting any correspondance be held until you are notified of his return.

Thank you.

Michael Strausbaugh 69878-067
U S P Tucson
P.O. Box 24550
Tucson, Az. 85734

**FILED**
HARRISBURG, PA

JAN 17 2018

Per _____
Deputy Clerk

Michael Stansbaugh 67878-067
USP Tucson
P.O. Box 24550
Tucson, AZ 85734

USMS TX

AUSTIN TX 787
RIO GRANDE DISTRICT
11 JAN 2018 PM 4 L

**RECEIVED**
HARRISBURG, PA

JAN 17 2018

Per _____
Deputy Clerk

U.S. Dist Court
Middle District PA
PO Box 983
Harrisburg PA 17108

17108-098383