IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL STRAUSBAUGH,** | : | CIVIL ACTION NO. 1:15-CV-1433 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GREENTREE SERVICING LLC,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 5th day of September, 2018, upon consideration of the motion (Doc. 102) of *pro se* plaintiff Michael Strausbaugh ("Strausbaugh"), requesting that the court seal an exhibit (Doc. 103) submitted in connection with Strausbaugh's objection to the pending report and recommendation of Magistrate Judge Karoline Mehalchick, it is hereby ORDERED that the motion (Doc. 102) to seal is GRANTED.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania